UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-21233-COOKE/DAMIAN

BRYAN SEVARES,

    Plaintiff,

vs.

AMERICAN PIPELINE CONSTRUCTION, LLC,
and ANDRES LUNA,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court pursuant to an Order of Referral entered by the Honorable Marcia G. Cooke, United Stated District Judge, to conduct a settlement conference in this case, and upon a *sua sponte* review of the Court's docket. *See* ECF No. 5.

The Court finds that on April 20, 2022, the Clerk of Court issued separate summonses as to Defendants, American Pipeline Construction, LLC, and Andres Luna. [ECF No. 3]. As of the date of this Order, there has been no return of service filed, and there is no indication on the docket that Plaintiff served the summonses issued to Defendants.

The Court further finds that on April 25, 2022, the District Court entered an Order Regarding Court Practices and Procedures ordering Plaintiff to serve the Defendants within 60 days of the date of that Order, or, otherwise, to provide an explanation to the Court as to the reason why Defendants have not been served within the allotted sixty days and provide a detailed description of the attempts made to serve Defendants. The District Court cautioned that failure to comply with the expedited service requirement may lead to dismissal of this

cause. Pursuant to the District Court's Order, Plaintiff was required to serve Defendants on or before June 24, 2022. To date, Plaintiff has failed to comply with said Order by not filing proof of service or explaining the failure to serve the Defendants. Accordingly, it is hereby

ORDERED and ADJUDGED that on or before **July 6, 2022**, Plaintiff shall file a response to this Order and show cause why this case should not be dismissed for failure to serve the summons on the Defendants and for failure to comply with the Order Regarding Court Practices and Procedures. [ECF No. 5]. If Plaintiff fails to file a response to this Order, the undersigned may recommend that Plaintiff's cause be dismissed.

**DONE and ORDERED** in Chambers at Miami, Florida, this 29th day of June 2022.

MELISSA DAMIAN
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record