

**FairLaw Firm**
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Phone: +13052304884
Email: info@fairlawattorney.com
Website: https://fairlawattorney.com/

**Services**

INVOICE



Amount due
7,951.64

| Date | Staff Member | Category | Description | Duration | Total |
|---|---|---|---|---|---|
| 3/9/2022 | Estefania Di Mare | Paralegal | Called client, had conf call identifying employer and documents he has to be sent for his case. Added details in Notes. | 0.50 | 75.00 |
| 3/9/2022 | Estefania Di Mare | Paralegal | Drafted letter and emailed to client regarding evidence preservation and the importance for them to submit all records pertaining to their case as soon as possible. | 0.30 | 45.00 |
| 3/9/2022 | Estefania Di Mare | Paralegal | Received analyzed text messages sent by client with employer. | 0.30 | 45.00 |
| 3/10/2022 | Toussaint M. Cummings, Esq. | Wage & Hour Plaintiff (State Court) | Draft minimum wage demand letter to employer. | 0.50 | 175.00 |
| 3/10/2022 | Toussaint M. Cummings, Esq. | Wage & Hour Plaintiff (State Court) | Draft standard 30 day demand letter to emloyer. | 0.40 | 140.00 |
| 3/10/2022 | Toussaint M. Cummings, Esq. | Wage & Hour Plaintiff (State Court) | Send demand letters to client for approval. | 0.10 | 35.00 |
| 3/11/2022 | Toussaint M. Cummings, Esq. | Wage & Hour Plaintiff (State Court) | Exchange emails with client. | 0.20 | 70.00 |
| 3/11/2022 | Toussaint M. Cummings, Esq. | Wage & Hour Plaintiff (State Court) | Revise demand letters based on feedback from client. | 0.50 | 175.00 |
| 3/11/2022 | Toussaint M. Cummings, Esq. | Wage & Hour Plaintiff (State Court) | Email demand letters to employer. | 0.20 | 70.00 |
| 3/11/2022 | Toussaint M. Cummings, Esq. | Wage & Hour Plaintiff (State Court) | Locate employer online for additional contact information. | 0.10 | 35.00 |
| 4/20/2022 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Review file and documents provided by Mr. Sevares; then, draft Complaint for unpaid FLSA MW, B/K and U/E | 1.00 | 450.00 |
| 4/20/2022 | Brian H. Pollock, Esq. | FLSA - Plaintiff | Draft Summonses to each Defendant (x2) | 0.30 | 135.00 |
| 4/20/2022 | Estefania Di Mare | Paralegal | Drafted Civil Coversheet. Sent to attorney for review. | 0.10 | 15.00 |
| 4/20/2022 | Estefania Di Mare | Paralegal | Finalized Complaint and Summonses for filing. | 0.10 | 15.00 |
| 4/20/2022 | Estefania Di Mare | Paralegal | Drafted Notice of Appearance by TC. Sent to attorney for review. | 0.20 | 30.00 |
| 4/20/2022 | Estefania Di Mare | Paralegal | Drafted email to process server with instructions to serve summonses issued by the clerk and a copy of the e-filed complaint. | 0.20 | 30.00 |
| 4/26/2022 | Estefania Di Mare | Paralegal | Drafted letter and emailed to client regarding case being filed and details on what to expect next, along with a copy of the complaint. | 0.30 | 45.00 |
| 4/27/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Analyze Order of Referral at ECF 5. | 0.40 | 140.00 |
| 5/2/2022 | Estefania Di Mare | Paralegal | Drafted email follow up to process server re service. | 0.20 | 30.00 |
| 5/10/2022 | Brian H. Pollock, Esq. | Document/File Management | Conduct routine file audit to determine what needs to be done and document file re: same | 0.20 | 90.00 |
| 5/16/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Analyze documents in client file in preparation to draft statement of claim and calculate client's damages based on same. | 0.70 | 245.00 |
| 5/16/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Draft Statement of Claim. | 0.80 | 280.00 |
| 5/16/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Email to client. | 0.20 | 70.00 |

| Date | Person | Matter | Description | Hours | Amount |
|---|---|---|---|---|---|
| 5/16/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Phone call to client. | 0.20 | 70.00 |
| 5/16/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Draft Notice of Partial Compliance. | 0.20 | 70.00 |
| 5/17/2022 | Estefania Di Mare | Paralegal | Drafted letter re Statement of Claim filed in his case with details re it. | 0.30 | 45.00 |
| 5/17/2022 | Estefania Di Mare | Paralegal | Drafted email to process server requesting status on service. | 0.20 | 30.00 |
| 5/17/2022 | Estefania Di Mare | Paralegal | Had conf call with client re issues attempting to serve deft. He will gather the needed info for us and send it over shortly. | 0.30 | 45.00 |
| 5/17/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Read and respond to emails regarding service of process and locating defendant. | 0.20 | 70.00 |
| 5/17/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Search internet for picture of Defendant, Andre Luna. | 0.10 | 35.00 |
| 5/18/2022 | Estefania Di Mare | Paralegal | Spoke to client for further details on location to serve def. Drafted email to process server with further instructions. | 0.30 | 45.00 |
| 6/2/2022 | Estefania Di Mare | Paralegal | Drafted email to process server re service update. | 0.20 | 30.00 |
| 6/3/2022 | Toussaint M. Cummings, Esq. | Employment Litigation Plaintiff | Read and respond to email from process server authorizing surveillance. | 0.20 | 70.00 |
| 6/14/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Email exchange with process server. | 0.20 | 70.00 |
| 6/22/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Analyze Return of Service on Andres Luna. | 0.10 | 35.00 |
| 6/28/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Email exchange with process server. | 0.20 | 70.00 |
| 6/29/2022 | Shakira Brizuela | Phone Call | client called to provide update on his case. | 0.30 | 45.00 |
| 6/29/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Analyze Order to Show Cause at ECF 8. | 0.10 | 35.00 |
| 6/30/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Phone call to Pedro from APC. | 0.20 | 70.00 |
| 6/30/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Phone calls with client. | 0.30 | 105.00 |
| 7/1/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Analyze FS 48.062 for rules on serving LLC. | 0.20 | 70.00 |
| 7/1/2022 | Toussaint M. Cummings, Esq. | Employment Litigation Plaintiff | Draft Response to Order to Show Cause. | 0.80 | 280.00 |
| 7/15/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Analzye Order granting extension of time to server Defendants at ECF No 10. | 0.10 | 35.00 |
| 8/15/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Draft amended complaint alleging service attempts. | 0.50 | 175.00 |
| 8/15/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | draft alias summons. | 0.20 | 70.00 |
| 8/15/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | draft motion for issuance of alias summons. | 0.40 | 140.00 |
| 8/15/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | draft letter to secretary of state to serve APC LLC. | 0.20 | 70.00 |
| 8/15/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | research procedure on obtaining substitute service on LLC. | 0.80 | 280.00 |

| Date | Attorney | Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| 8/22/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Phone call to client. | 0.10 | 35.00 |
| 8/22/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Draft second motion for extension of time to perfect service. | 0.40 | 140.00 |
| 8/23/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Analyze order granting motion for second extension of time at ECF 17. | 0.20 | 70.00 |
| 9/2/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Draft third motion for extension of time to perfect service. | 0.50 | 175.00 |
| 9/15/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Analyze Order at ECF 19 granting third motion for extension of time. | 0.20 | 70.00 |
| 9/16/2022 | Toussaint M. Cummings, Esq. | Draft/revise | drafted new letter to secretary of state with encl. R.O.S | 0.20 | 70.00 |
| 9/21/2022 | Toussaint M. Cummings, Esq. | Draft/revise | Drafted 1st Status report in compliance with ecf 19 | 0.50 | 175.00 |
| 10/11/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Drafted 2nd Status report in compliance with ecf 19 | 0.40 | 140.00 |
| 10/13/2022 | Toussaint M. Cummings, Esq. | Draft/revise | Drafted Notice of Filing proof of service from secretary of state | 0.20 | 70.00 |
| 10/17/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Analyze docket entry 23 re: service. | 0.10 | 35.00 |
| 10/17/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Draft Motion for Clerk's Default and Proposed Clerk's Default Notice. | 0.50 | 175.00 |
| 10/18/2022 | Toussaint M. Cummings, Esq. | Draft/revise | Drafted letter enclosing motion for clerk default | 0.10 | 35.00 |
| 10/31/2022 | Shakira Brizuela | FLSA - Plaintiff | Drafted Motion for Default Final Judgment, Proposed Order for Final Judgment, Proposed Final Judgment, and Client's Declaration of Indebtedness. | 2.40 | 360.00 |
| 11/9/2022 | Shakira Brizuela | FLSA - Plaintiff | Revised Motion for Final Default Judgment and Proposed Orderer to add reference to records in support of wages owed. | 0.20 | 30.00 |
| 11/11/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Read and revise Motion for Entry of Final Judgment, Proposed Final Judgment, Declaration of Indebtedness, and Proposed Order of Final Judgment. | 0.80 | 280.00 |
| 11/11/2022 | Shakira Brizuela | FLSA - Plaintiff | Telephone conference with client requesting signature on Declaration of Indebtedness. | 0.10 | 15.00 |
| 11/21/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Analyze Order referring motion for default judgment to magistrate at ECF 29. | 0.10 | 35.00 |
| 3/1/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Analyze report and recommendation at ECF no. 31 granting Motion for Final Default. | 0.40 | 150.00 |
| 4/4/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Analyze paperless order at ECF 32 requiring explanation for no service on Luna. | 0.10 | 37.50 |
| 5/3/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Analyze Order adopting report and recommendation at ECF 33. | 0.40 | 150.00 |
| 5/10/2023 | Toussaint M. Cummings, Esq. | Draft/revise | Draft Motion for Fees and Costs. | 1.30 | 487.50 |
| 5/10/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Calculate itemized billing to include in motion for fees and costs. | 0.50 | 187.50 |

Services Subtotal: 7,422.50

**Expenses**

| Date | Vendor | Category | Description | Total |
|---|---|---|---|---|
| 3/11/2022 | FairLaw Firm | Postage | Sent out both demand ltrs from saint | 1.06 |
| 3/14/2022 | FairLaw Firm | Postage | sent out demand letter other address | 0.53 |
| 4/20/2022 | FairLaw Firm | Filing Fee - Federal Court | Complaint filing fee. EF. | 402.00 |
| 5/25/2022 | Miami PSPI, LLC | Service of Process | PSPI Invoice for Non-Service of American Pipeline #NAY-2022000676. EF. | 46.60 |
| 5/25/2022 | Miami PSPI, LLC | Service of Process | PSPI Invoice for Non-Service for A. Luna #NAY-2022000675. EF. | 46.60 |
| 8/15/2022 | FairLaw Firm | Service of Process | standard 8.75 for service secretary of state | 8.75 |
| 8/15/2022 | FairLaw Firm | Postage | sent out sevares secretary of state service | 15.15 |
| 9/16/2022 | FairLaw Firm | Postage | RE SENT OUT TO SECRETARY OF STATE | 8.45 |

**Expenses Subtotal:** 529.14

**Total:** 7,951.64

