UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-cv-21233-KMM

BRYAN SEVARES,

    Plaintiff,

vs.

AMERICAN PIPELINE
CONSTRUCTION, LLC AND
ANDRES LUNA,

    Defendants.
_____/

## NOTICE OF DISSOCIATION AS COUNSEL FOR PLAINTIFF

Brian H. Pollock, Esq., of the FairLaw Firm, notifies the Court and all parties that Toussaint Cummings, Inc., has dissociated himself from the firm and is no longer of record for Plaintiff Bryan Sevares, in this action.

Dated this 25th day of August 2023.

                                            s/Brian H. Pollock, Esq.
                                            Brian H. Pollock, Esq.
                                            Fla. Bar No. 174742
                                            brian@fairlawattorney.com
                                            FAIRLAW FIRM
                                            135 San Lorenzo Avenue
                                            Suite 770
                                            Coral Gables, FL 33146
                                            Tel:    305.230.4884
                                            *Counsel for Plaintiff*